UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**George J. Coupe**

   **v.**                               Case No. 11-cv-292-PB

**Technology Investment Partners, et al.**


### O R D E R

The plaintiff was ordered to complete service of process by December 4, 2011.  On or before December 30, 2011, plaintiff shall either file returns of service showing that service has been made or shall file a memorandum showing cause as to why the complaint should not be dismissed without prejudice.

    SO ORDERED.


                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

December, 19, 2011

cc:   George J. Coupe, pro se