```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**George J. Coupe**

   v.                                    Case No. 11-cv-292-PB

**Technology Investment Partners, et al.**


**O R D E R**

On June 14, 2011, the plaintiff filed a motion seeking a preliminary injunction against Technology Investment Partners. On December 23, 2011, the plaintiff filed a motion for voluntary dismissal of his claims against Technology Investment Partners. Accordingly, the motion for preliminary injunction (Doc. No. 2) is denied as moot.

    SO ORDERED.

                                  /s/Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

January 6, 2012

cc:  George J. Coupe, pro se