UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


George Coupe

        v.            Civil No. 11-cv-292-PB

Caine & Weiner


O R D E R

The plaintiff was ordered to file returns of service on or before December 30, 2011 or his complaint would be dismissed. On December 23, 2011 Mr. Coupe filed an affidavit of service indicating service was made on Caine and Weiner by mail. According to the Federal Rules of Civil Procedures, New Hampshire law and Michigan law, service by mail is not sufficient. Accordingly, this case will be dismissed, within 14 days of this order, unless plaintiff can show cause why it should not be dismissed.


SO ORDERED.


April 12, 2012                                   /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge


cc:     George Coupe, Pro Se